**Order entered July 10, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-12-01596-CV

**STEFFANY JACKSON, Appellant**

**V.**

**AMERICAN HOME MORTGAGE SERVICING, INC., ET AL., Appellees**

**On Appeal from the 417th Judicial District Court
Collin County, Texas
Trial Court Cause No. 417-02539-2011**

## ORDER

We **GRANT** appellant's July 8, 2013 unopposed third motion for an extension of time to file a brief. Appellant shall file her brief on or before August 7, 2013. We caution appellant that no further extension of time will be granted absent extraordinary circumstances.

/s/ CAROLYN WRIGHT
CHIEF JUSTICE